

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2018

No. 04-17-00815-CR

Issac **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8370B
Honorable Joey Contreras, Judge Presiding

# O R D E R

After this court granted Appellant's first and second motions for extensions of time to file the brief, Appellant's brief was due on July 5, 2018. In granting the second motion, we warned Appellant that no further extensions would be granted.

On July 4, 2018, Appellant filed a third motion for another thirty-day extension of time to file the brief. However, on July 5, 2018, Appellant filed the brief.

Appellant's third motion for extension of time to file the brief is granted. Appellant's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court